Anna Y. Park, CA SBN 164242
Connie K. Liem, TX SBN 791113
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
401 B Street, Suite 510
San Diego, CA 92101
Telephone: (619) 557-7282
Facsimile: (619) 557-7274
E-Mail: connie.liem@eeoc.gov

Attorney for U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

F I L E D
Clerk
District Court

JUL - 1 2008

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

## UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE: APPLICATION OF CONNIE K. LIEM TO PRACTICE BEFORE THE COURT | MISC. NO. MC 08-00035<br><br>VERIFIED PETITION OF CONNIE K. LIEM FOR ADMISSION TO THE BAR OF THIS COURT PURSUANT TO LOCAL RULE 83.5(c) |

### DECLARATION OF CONNIE K. LIEM

1. My name is Connie K. Liem and I am a Senior Trial Attorney employed by the United States Equal Employment Opportunity Commission ("EEOC") for the Los Angeles District. The Los Angeles District includes the area of the Northern Mariana Islands.

2. I expect to appear before this Court on behalf of the United States in all matters brought by the EEOC.

3. I am an active member in good standing of the bar of the State of Texas, having been admitted in November 1994, Texas State Bar No. 791113. Said membership allows me to practice before all courts within the State of Texas, including the Texas Supreme Court which is the highest court in that jurisdiction.

-1-

1  4. I have been admitted to the Bar of each of the following United States
2  District Courts:
3      Northern District of Texas – 2001
4      Southern District of Texas – 1996
5      Western District of Texas - 2000
6      District of Nevada – January 16, 2003, on behalf of the EEOC
7      District of Hawaii – April 2006, on behalf of the EEOC
8    5. I reside in the City of San Diego, California.
9    6. My business address is:
10     United States Equal Employment Opportunity Commission
    Legal Unit
11     401 B Street, Suite 510
12     San Diego, CA 92101
13   7. I remain a member in good standing of all Bars to which I have been
14     admitted.
15  I declare under penalty of perjury under the laws of the United States of
16 America, that the foregoing is true and correct. Executed this 26th day of June,
17 2008, at San Diego, California.

CONNIE K. LIEM
Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

-2-