```
 1 | Anna Y. Park, CA SBN 164242
   | Connie K. Liem, TX SBN 791113
 2 | U.S. EQUAL EMPLOYMENT
   | OPPORTUNITY COMMISSION
 3 | 401 B Street, Suite 510
   | San Diego, CA 92101
 4 | Telephone: (619) 557-7282
   | Facsimile: (619) 557-7274
 5 | E-Mail: connie.liem@eeoc.gov
 6 | Attorney for U.S. EQUAL EMPLOYMENT
   | OPPORTUNITY COMMISSION
 7 |
```

FILED
Clerk
District Court

JUL - 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| IN RE: APPLICATION OF           | ) MISC. NO. MC 08 - 00035   |
| CONNIE K. LIEM TO               | )                           |
| PRACTICE BEFORE THE COURT       | ) OATH OF ADMISSION FOR     |
|                                 | ) CONNIE K. LIEM            |

### OATH OF ADMISSION

I solemnly swear (or affirm) that I will support the Constitution and laws of the United States; that I will bear true allegiance to the United States; that I will maintain due respect for United States Courts and Judicial Officers; and that I will conduct myself conscientiously as an attorney of this Court.

June 26, 2008.

_____
CONNIE K. LIEM
Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

-1-